```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X        Chapter 13
IN RE:                                                              Case No: 24-10083 (CGM)

SHYRILL GLENN,

                        Debtor.
-----------------------------------------------------------X
```

# ORDER TO SHOW CAUSE DIRECTING DEBTOR'S COUNSEL TO APPEAR

Debtor, Shyrill Glenn commenced this voluntary Chapter 13 case on January 22, 2024, pro se, by filing an incomplete petition. On March 14, 2024, counsel, Kevin K. Tung, Esq. ("Counsel) appeared in this matter for the Debtor by filing a Notice of Appearance. (ECF No. 18). A hearing to consider the Trustee's Motion to Dismiss (ECF No. 21) was held on April 18, 2024 and Counsel failed to appear on behalf of his client. The Motion to Dismiss was adjourned to May 16, 2024 and Counsel again failed to appear on behalf of his client. Counsel has also failed to file a 2016(b) Disclosure of Attorney Compensation.

Upon hearing from the Chapter 13 Trustee regarding the status of the case at the Motion to Dismiss hearing held on May 16, 2024, the Court indicated it would issue the instant Order to Show Cause.

Upon the foregoing, it is hereby

**ORDERED**, that attorney Kevin K. Tung, Esq. shall appear **VIA ZOOM on August 15, 2024 at 10:00 A.M.** before the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court and show cause why his fees should not be disgorged for failing to adequately represent his client pursuant to 11 U.S.C. 105, 329, 330 and Federal Rules of Bankruptcy Procedure 2016 & 2017 issued upon Counsel's failure to appear at the April 18, 2024 and May 16, 2024 Motion to Dismiss hearings, and his delay in filing the required documentation to the detriment of the Debtor, and to the prejudice of the creditors of the Debtor; and it is further,

**ORDERED**, in accordance with this Court's Zoom Court hearing procedures, Counsel is required to register his appearance at **https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl** at least 48 hours before the scheduled hearing.



Dated: July 16, 2024
New York, New York

/s/ Philip Bentley
_____
**Hon. Philip Bentley**
**U.S. Bankruptcy Judge**